AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Doyle, Carol A. | 2. Court or Organization  Northern District of Illinois | 3. Date of Report  11/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Court | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |

| 7. Chambers or Office Address  Room 738  219 S. Dearborn  Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Salary from |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | April 8-9, 2013 | Phoenix, Arizona | NCBJ Mid-Year Meeting | Transportation, hotel, meals |
| 2. | National Conference of Bankruptcy Judges | October 29-November 2, 2013 | Atlanta, Georgia | NCBJ Conference | Transportation, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doyle, Carol A. | 11/06/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doyle, Carol A. | 11/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The Vanguard Group 500 Index Fund | B | Dividend | K | T | | | | | |
| 2. Wells Fargo Montana NA, CD IRA | A | Interest | J | T | | | | | |
| 3. Nicholas II Mutual Fund IRA | A | Dividend | K | T | | | | | |
| 4. Union Planters Checking Account (Y) | | | | | | | | | |
| 5. Met Life (Trust) | A | Dividend | J | T | | | | | |
| 6. American Cent. Fund IRA | B | Dividend | L | T | | | | | |
| 7. - American Cent. Growth IRA | | | | | | | | | |
| 8. - American Cent. Select IRA | | | | | | | | | |
| 9. - American Cent. Ultra IRA | | | | | | | | | |
| 10. American Cent. Fund IRA | D | Dividend | M | T | | | | | |
| 11. - American Cent. Ultra Fund IRA | | | | | | | | | |
| 12. - American Cent. Growth Fund IRA | | | | | | | | | |
| 13. Federated Capital Appreciation Fund A | C | Dividend | K | T | | | | | |
| 14. ICMA Retirement Corp. A 457 Retirement Account | E | Dividend | N | T | | | | | |
| 15. - ICMA VT Vantagepoint Growth Fund | | | | | | | | | |
| 16. - ICMA VT Vantagepoint Milestone 2015 | | | | | | | | | |
| 17. - ICMA Vantage Trust PLUS Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ICMA VT Vantagepoint Equity Income Fund | | | | | | | | | |
| 19. - ICMA VT Allianz NFJ Div Value Admin Fund | | | | | | | | | |
| 20. - ICMA VT Fidelity Contra Fund | | | | | | | | | |
| 21. - ICMA VT TRPrice Growth Stock Adv | | | | | | | | | |
| 22. JP Morgan Chase, f/k/a Bank One, Checking & Money Market Acc | A | Interest | M | T | | | | | |
| 23. Fifth Third Bank Checking, Savings and CD Accounts | A | Interest | J | T | | | | | |
| 24. Charles Schwab & Co. IRA | D | Dividend | N | T | | | | | |
| 25. - Schwab Market Balanced Fund | | | | | | | | | |
| 26. - Mid Cap SPDR Trust | | | | | | | | | |
| 27. - SPDR Trust Unit Ser 1 SR | | | | | | | | | |
| 28. - Schwab Money Market Fund | | | | | | | | | |
| 29. Met Life | A | Dividend | J | T | | | | | |
| 30. Utah Educational Savings Plan Age-Based Moderate Portfolio | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doyle, Carol A. | 11/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 4; the Union Planters Checking Account was closed in a prior period. The exact date and value is unknown as it occurred quite some time ago.

Line 15; ICMA Vantagepoint Growth Fund was listed in the original report twice (lines 16 and 23 in original report) in error.

Line 21; ICMA VT Vantage Point Growth (line 23 in original report) was erroneously listed as "mapped in." ICMA VT TR Price was erroneously listed as "mapped out."

Line 33–43 in the original report for 2013 representing the holdings in the Utah Educational Savings Plans have been removed from my report on the recommendation of Committee staff. I understand that what is required is the name of the plan and general investment strategy chosen from the plan provider menu (i.e., age-based moderate portfolio).

| Name of Person Reporting | Date of Report |
|---|---|
| Doyle, Carol A. | 11/06/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol A. Doyle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544